FILED
2026 May-22  PM 04:17
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **JESSE MARQUES NETTO,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **MELISSA B. HARPER,** *et al.*, | ) | **Case No.: 7:26-cv-823-AMM-GMB** |
| | ) | |
| **Respondents.** | ) | |

**ORDER**

On May 15, 2026, Petitioner Jesse Marques Netto filed a *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Doc. 1. With his habeas petition, Mr. Netto also filed an Emergency Motion for Temporary Restraining Order and Preliminary Injunction. Doc. 2. The court ordered a response, Doc. 4, which respondents submitted on May 21, 2026, Doc. 6.

Mr. Netto is a citizen of Brazil who entered the United States in May 2024. *See* Doc. 6 at 1; Doc. 6-1 at 1; Doc. 6-2 at 3. He was detained by U.S. Immigration and Customs Enforcement ("ICE") in May 2026 and was initially taken to the Pickens County Detention Center. Doc. 1 at 1; Doc. 6 at 2. Mr. Netto is now detained at the Pine Prairie Processing Center in Louisiana. Doc. 6 at 2; Doc. 6-3.

Mr. Netto seeks a writ of habeas corpus granting his "immediate release from custody, or alternatively, an individualized bond hearing." Doc. 1 at 2. He also seeks

a temporary restraining order and preliminary injunction prohibiting his transfer outside of the Northern District of Alabama. *See id.*; Doc. 2.

The Eleventh Circuit recently decided *Hernandez Alvarez v. Warden, Federal Detention Center Miami*, Case Nos. 25-14065 & 25-14075, 2026 WL 1243395 (11th Cir. May 5, 2026), which is binding on this court. Based upon the holding in *Hernandez Alvarez*, Mr. Netto is entitled to a bond hearing. Respondents acknowledge this is so. *See* Doc. 6 at 4.

Respondents are **ORDERED** to provide Mr. Netto with a bond hearing to determine if he may be released on bond under 8 U.S.C. § 1226(a)(2) and the applicable regulations. Respondents shall provide this bond hearing within **seven days** of today's order. The court **DIRECTS** Respondents to file a notice **on or before June 2, 2026,** reporting on the results of the individualized bond hearing or informing the court that Mr. Netto has been released from custody.

Mr. Netto's requests for a bond hearing in his petition, Doc. 1, and motion, Doc. 2, are thus **GRANTED** on the terms set forth above. Mr. Netto's request for an order prohibiting his transfer outside of the Northern District of Alabama is **DENIED AS MOOT**.

The court **DIRECTS** the Clerk to update Mr. Netto's mailing address to Mr. Jesse Marques Netto–A# 226-024-864, Pine Prairie Ice Processing Center, 1133

Hampton Dupre Road, Pine Prairie, LA 70576, and to mail a copy of this order to

Mr. Netto at that address.

**DONE** and **ORDERED** this 22nd day of May, 2026.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE